Jeffrey A. Meyers, Attorney at Law
State Bar No. 175474
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com
Attorney for Plaintiff RUBEN GONZALEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division – Santa Ana)

| | |
|---|---|
| RUBEN GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTMINSTER AUTO UPHOLSTERY, a business entity; PETER ENGEL, an individual; MNB LENDING LLC TR 1330, an entity of unknown form and origin; and IRREVOC TR 2019, an entity of unknown form and origin,<br><br>    Defendants, | Case No.: 8:25-cv-01623-FWS-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff RUBEN GONZALEZ hereby voluntarily dismisses Defendant IREVOC TR 2019, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Said defendant has not filed an answer or motion for summary judgment. Accordingly, this dismissal is effective upon filing and does not require a court order.

Dated:     September 9, 2025

Respectfully submitted,

_____
Jeffrey A. Meyers, Attorney at Law
Attorney for Plaintiff RUBEN GONZALEZ